

SCOTT GOODSELL, ESQ., BAR NO. 122223
WILLIAM HEALY, ESQ., BAR NO. 146158
KARI BOWYER, ESQ., BAR NO. 257033
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.852.0233

The following constitutes
the order of the court. Signed July 31, 2012

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

*Counsel for Defendant Stephen Wyrick*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>STEPHEN FRANK WYRICK AND TIFFANY LYNN WYRICK,<br><br>Debtors.<br><br>RABOBANK, N.A.<br><br>      Plaintiff,<br><br>V.<br><br>STEPHEN FRANK WYRICK,<br><br>      Defendant. | Case No. 11-50240<br><br>Chapter 7<br><br>Adversary Pro. No. 11-05122 SLJ<br><br>ORDER APPROVING COMPROMISE AND JUDGMENT FOR NON-DISCHARGEABILILTY (11 U.S.C. 523 (a)(6)), DISMISSAL OF CLAIMS (11 U.S.C. (a)(4)); AND DISMISSAL OF CLAIMS FOR DENIAL OF DISCHARGE (11 U.S.C. 727(a)(2)(a) AND 727 (a)(3))_ |

The matter of the motion to approve proposed compromise and judgment for

ORDER APPROVING COMPROMISE AND JUDGMENT FOR NON-DISCHARGEABILITY (11 U.S.C. 523 (a)(6));
DISMISSAL OF CLAIMS 911 U.S.C.(a)(4); AND DISMISSAL OF CLAIMS FOR DENIAL OF DISCHARGE (11
U.S.C. 727(a)(2)(a) AND 727(a)(3))

Page 1

non-dischargeability (11 U.S.C. §523(a)(6), Dismissal of Claims (11 U.S.C. §523 (a)(4)); and Dismissal of Claims for Denial of Discharge (11 U.S.C. §§727(a)(2)(A) and 727 (a)(3)) (the "Motion") filed by Defendant Stephen Frank Wyrick ("Wyrick") came on for hearing before the Honorable Stephen L. Johnson, United States Bankruptcy Judge of the above entitled court on July 26, 2012 at 1:30 pm. Wyrick appeared by and through counsel of record, Kari Bowyer of Campeau Goodsell Smith.  Plaintiff Rabobank N.A. ("Rabobank") appeared by and through counsel Michael Gomez of Lang Richert & Patch.  The Court having found proper notice was given to all creditors, the United Stated Trustee, and the Chapter 7 Trustee, reviewed and considered the Motion and the statements and arguments of counsel, and good found cause, does hereby grant the motion and therefore,

IT IS HEREBY ORDERED:

1. The compromised submitted by the parties is approved.
2. Judgment pursuant to 11 U.S.C §523(a)(6) may be entered against Stephen Frank Wyrick in the amount of $75,000.00 pursuant to the compromise of the parties.
3. The 11 U.S.C. §523(a)(4) claim against Stephen Wyrick is dismissed with prejudice.
4. The denial of discharge claims of 11 U.S.C. §§727(a)(2)(A) and 727 (a)(3) are dismissed with prejudice.

***END OF ORDER***

**APPROVED AS TO FORM**

Dated: 7/27/12                /s/: *Michael Gomez*
                              Michael Gomez, Esq.
                              Lang Richert & Patch
                              Attorneys for Rabobank N.A.

ORDER APPROVING COMPROMISE AND JUDGMENT FOR NON-DISCHARGEABILITY (11 U.S.C. 523 (a)(6)); DISMISSAL OF CLAIMS 911 U.S.C.(a)(4); AND DISMISSAL OF CLAIMS FOR DENIAL OF DISCHARGE (11 U.S.C. 727(a)(2)(a) AND 727(a)(3))
Page 2

Case: 11-05122    Doc# 72    Filed: 07/31/12    Entered: 07/31/12 11:32:54    Page 2 of 3

| | |
|---|---|
| 1 | Court Service List |
| 2 | |
| 3 | ECF Participants Only |