

1  René Lastreto II, #100993
   rl2@lrplaw.net
2  Michael J. Gomez, #251571
   mjg@lrplaw.net
3  Lang, Richert & Patch
   Post Office Box 40012
4  Fresno, California 93755-0012
   (559) 228-6700 Phone
5  (559) 228-6727 Fax
   M:\19215\Wyrick Bankruptcy\Adversary Proceeding\Trial Docu
6
   Attorneys for Plaintiff RABOBANK, N.A.

The following constitutes
the order of the court. Signed August 8, 2012

*Stephen Johnson*
Stephen L. Johnson
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In the Matter of

STEPHEN FRANK WYRICK,
TIFFANY LYNN WYRICK,

    Debtors.

---

RABOBANK, N.A.,

    Plaintiff,

v.

STEPHEN FRANK WYRICK

    Defendant.

Case No. 11-50240 SLJ

Chapter 7

Adv. Pro. No. 11-05122

**JUDGMENT IN FAVOR OF PLAINTIFF RABOBANK, N.A. AND AGAINST DEFENDANT STEPHEN FRANK WYRICK**

JUDGMENT

-1-

Based on the Settlement Agreement dated June 1, 2012, as memorialized between Plaintiff Rabobank, N.A. and Defendant Stephen Frank Wyrick,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Rabobank, N.A. shall have judgment in its favor against Defendant Stephen Frank Wyrick in the amount of $75,000.00 pursuant to 11 U.S.C. § 523(a)(6).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the 11 U.S.C. §§ 523(a)(4), 727(a)(2)(A), and 727(a)(3) claims for relief are dismissed with prejudice. Plaintiff Rabobank, N.A. and Defendant Stephen Frank Wyrick shall bear their own costs and attorney fees incurred in connection with the prosecution and defense of this matter.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Judgment entered against Defendant Stephen Frank Wyrick shall be a separate and final judgment against him in favor of Plaintiff Rabobank, N.A. and shall in no way release, discharge, or affect any third parties.